Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rk_sslaw@speakeasy.net

Attorneys for Plaintiff
Rafaela Verdialez

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| RAFAELA VERDIALEZ, | Case No.: 1:10-cv-1866 GSA |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Rafaela Verdialez ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

///

///

-1-

("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.

DATE: April 19, 2011            Respectfully submitted,

                                ROHLFING & KALAGIAN, LLP

                                /s/ *Laura E. Krank*
                                BY:_____
                                Laura E. Krank
                                Attorney for plaintiff Rafaela Verdialez

DATE: April 19, 2011
                                BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ *Elizabeth Barry*
                                _____
                                Elizabeth Barry
                                Special Assistant United States Attorney
                                Attorneys for Defendant Michael J. Astrue,
                                Commissioner of Social Security
                                (Per e-mail authorization)

## ORDER

IT IS SO ORDERED.

   Dated:   **April 20, 2011**              **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE